JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No. __II__  Investigating Agency __HSI__

**City** __Taunton__  **Related Case Information:**

**County** __Bristol__  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number __21-MJ-2395-MBB__
Search Warrant Case Number __20-4339; 21-4209,4210, 4211__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Rudy Frabizio__  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) __Taunton, MA__

Birth date (Yr only): __1962__  SSN (last4#): __6529__  Sex __M__  Race: _____  Nationality: _____

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Adam W. Deitch__  Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested  ☐ Regular Process  ☑ In Custody

**Location Status:**

**Arrest Date** __05/19/2021__

☑ Already in Federal Custody as of __05/19/2021__ in __USMS custody__.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09/23/2021  Signature of AUSA: _[signature]_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Rudy Frabizio

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography | 1 |
| Set 2 | 18 U.S.C. § 2253 | Forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____